(No. 5137.  May 15, 1929.)

MAE L. RINGNELL (HEAD), Appellant, v. WILLIAM L. ADOLPH, MAUDE M. ADOLPH and FRANK W. PERRY, Respondents.

[277 Pac. 1117.]

William J. Ryan, for Appellant.

F. E. Tydeman and B. W. Davis, for Respondents Adolph.

H. J. Swanson, for Respondent Perry.

BRINCK, District Judge.—An examination of the record fails to disclose that any of the assignments of error are well taken, and the judgment is affirmed, with costs to respondents.

T. Bailey Lee, Wm. E. Lee and Varian, JJ., concur.